| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Isicoff, Laurel M. | 2. Court or Organization<br><br>S.D.Florida - Bankruptcy | 3. Date of Report<br><br>10/27/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>301 North Miami Avenue<br>Room 817<br>Miami, Florida 33128 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director, Secretary | The ▨▨▨▨ Memorial Fund, Inc. (dissolved as of 12/2016) |
| 2. | Chair | American College of Bankruptcy - Judicial Outreach Committee |
| 3. | Judicial Director | University of Miami Law Alumni Association |
| 4. | Judicial Co-Chair | The Florida Bar Business Law Section Pro Bono Committee |
| 5. | Board | CARE (financial literacy) |
| 6. | Secretary | National Conference of Bankruptcy Judges (until 10/2016) |
| 7. | Director | American Bankruptcy Institute |
| 8. | Director at large | National Conference of Bankruptcy Judges (as of 10//2016) |
| 9. | Co-President | Barnard College, Class of 1978 |
| 10. | Manager | Shelby Capital LLC |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Isicoff, Laurel M. | 10/27/2017 |

2. _____

3. _____

| Name of Person Reporting | Date of Report |
|---|---|
| Isicoff, Laurel M. | 10/27/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | ABC/Svinga Bros. Corp. - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Florida Bar | 1/28/2016 - 1/29/2016 | Orlando, Florida | Midyear Meeting - attend meetings | travel, food and lodging |
| 2. | American Bankruptcy Institute | 2/4/2016 - 2/6/2016 | San Juan, Puerto Rico | Annual Caribbean Insolvency conference - panelist | travel, food and lodging |
| 3. | National Conference of Bankruptcy Judges | 3/14/2016 - 3/15/2016 | San Antonio, Texas | Mid-year meeting - attend meetings and take minutes | travel, food and lodging |
| 4. | American Bankruptcy Institute | 4/14/2016 - 4/15/2016 | Washington, D.C. | Annual meeting - attend meetings | food and lodging |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Isicoff, Laurel M. | 10/27/2017 |

| 5. | The Florida Bar | 6/15/2016 - 6/17/2016 | Orlando, Florida | Annual meeting of the Florida Bar - speaker and attend meetings | travel, food and lodging |
|---|---|---|---|---|---|
| 6. | National Conference of Bankruptcy Judges | 10/25/2016 - 10/29/2016 | San Francisco, California | Annual meeting - speaker, attend meetings, take minutes | travel and lodging |
| 7. | American Bankruptcy Institute | 11/30/2016 - 12/2/2016 | Los Angeles, California | Winter Leadership Conference - panelist and attend meetings | travel, food and lodging |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Isicoff, Laurel M. | 10/27/2017 |

| Name of Person Reporting | Date of Report |
|---|---|
| Isicoff, Laurel M. | 10/27/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Isicoff, Laurel M. | 10/27/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Regions Bank Cash Accounts | A | Interest | M | T | | | | | |
| 2. ABC/Svinga Bros. Corp. common stock | | None | P1 | W | | | | | |
| 3. | | | | | | | | | |
| 4. Brokerage Account #1 (H) | | | | | | | | | |
| 5. - JNJ common stock | A | Dividend | J | T | | | | | |
| 6. | | | | | | | | | |
| 7. -MS Active Assets Tax FR Trust | A | Interest | M | T | | | | | |
| 8. - I Shares Barclays Fund | A | Dividend | K | T | Buy | 07/21/16 | K | | |
| 9. - I Shares IBOXX Fund | B | Dividend | K | T | Buy | 07/21/16 | K | | |
| 10. -I Shares TR MSCI Index Fund | A | Dividend | K | T | | | | | |
| 11. -I Shares Russell Index Fund #1 | A | Dividend | K | T | Buy (add'l) | 07/21/16 | J | | |
| 12. -I Shares Russell Index Fund #3 | B | Dividend | L | T | Buy (add'l) | 07/21/16 | J | | |
| 13. -I Shares Russell Index Fund #4 | A | Dividend | L | T | Buy (add'l) | 07/21/16 | J | | |
| 14. -I Shares Russell Index Fund #5 | A | Dividend | J | T | Buy (add'l) | 07/21/16 | J | | |
| 15. -I Shares Russell Index Fund #6 | A | Dividend | J | T | Buy (add'l) | 07/21/16 | J | | |
| 16. - I Shares Nat Mun | A | Dividend | K | T | Buy | 07/21/16 | K | | |
| 17. - I Shares S Trm | A | Dividend | K | T | Buy | 07/21/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Isicoff, Laurel M. | 10/27/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - I Shares S& P | B | Dividend | K | T | Buy | 07/21/16 | K | | |
| 19. -I Shares S Treas | A | Dividend | K | T | Buy | 07/21/16 | K | | |
| 20. - Cash - Morgan Stanley Bank (y) | | None | J | T | | | | | |
| 21. | | | | | | | | | |
| 22. Brokerage Account #2 (H)(y) | | | | | | | | | |
| 23. - Davis Gov't Money Mkt Class B (y) | | | | | | | | | |
| 24. - Bank #2 cash account (y) | | | | | | | | | |
| 25. -Invesco Cash Reserves (y) | | | | | | | | | |
| 26. | | | | | | | | | |
| 27. IRA #1 (H) | | | | | | | | | |
| 28. - Cash - Morgan Stanley Bank | A | Int./Div. | J | T | | | | | |
| 29. - Davis New York Venture A (X) | A | Int./Div. | J | T | | | | | |
| 30. | | | | | | | | | |
| 31. IRA #2 (H) | | | | | | | | | |
| 32. - Cash - Morgan Stanley Bank | | None | J | T | | | | | |
| 33. - Davis New York Venture A (X) | A | Int./Div. | K | T | | | | | |
| 34. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Isicoff, Laurel M. | 10/27/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Northern Trust Bank cash account | | None | K | T | | | | | |
| 36. | | | | | | | | | |
| 37. Shelby Capital LLC | | None | J | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Isicoff, Laurel M. | 10/27/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I, Line 10 - This LLC is controlled by a family member who mistakenly listed me as a manager without my knowledge or consent. My position has now been changed to "member" only.

Part VII, Line 20 - Citibank Acct. #3 was the incorrect bank name. The correct name of the bank in which the cash is held is Morgan Stanley Bank.

Part VII, Lines 22, 23, 24 and 25 - This account was held in the name of a child. On that child's 25th birthday the accounts were transferred completely to the child.

Part VII, Lines 29 and 33 - In the past the investments in the IRAs did not have to be listed. The Davis New York Venture assets were purchased in 2007.

Part VII, Line 35 - Family member account; I am listed on the account just in case the family member becomes incapacitated and access to immediate funds is required. I have no control of the account; I do not make deposits or withdrawals and I do not receive statements.

Part VII, Line 37 - A family member has added me as a member to this LLC.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Laurel M. Isicoff**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544